**Order entered February 18, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00048-CV

## IN THE GUARDIANSHIP OF L.M., AN INCAPACITATED PERSON

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-20-02447-1**

## ORDER

Before the Court is appellant's February 16, 2022 motion for an extension of time to file her jurisdictional brief as requested by the Court. We **GRANT** the motion. We **ORDER** the jurisdictional brief tendered to this Court by appellant on February 16 filed as of the date of this order. Appellee shall file any response on or before February 28, 2022.

/s/    KEN MOLBERG
       JUSTICE